1
2
3
4
5
6
7
8    IN THE UNITED STATES DISTRICT COURT
9    FOR THE NORTHERN DISTRICT OF CALIFORNIA
10   EUREKA DIVISION

| | |
|---|---|
| YUROK TRIBE, on behalf of itself and its members,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>RESIGHINI RANCHERIA and GARY MITCH DOWD,<br><br>　　　　　　　　Defendants. | No.: 16-cv-02471-NJV<br><br>**ORDER ON JOINT STIPULATION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>DATE:  August 9, 2016<br>TIME:  2:00 p.m.<br><br>**HON. NANDOR J. VADAS** |

The Court, having reviewed the joint stipulation of Plaintiff the Yurok Tribe ("Plaintiff") and Defendants Resighini Rancheria and Gary Mitch Dowd ("Defendants"), approves the terms of the stipulation.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Initial Case Management Conference scheduled for August 9, 2016, at 2:00 p.m., in the above captioned matter shall be continued to August 30, 2016, at 2:00 p.m.

2. All other deadlines listed in the Order Setting Initial Case Management Conference and ADR Deadlines will be continued accordingly.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 7/18/2016

_____
HON. NANDOR J. VADAS
United States ~~District Court~~ Judge
                 Magistrate